IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PACKAGING MACHINERY MANUFACTURERS INSTITUTE, INC., Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Action No. 1:19-cv-1583 |
| DATA MARKETERS, INC. d/b/a LOGICHANNEL, Defendant. | ) ) ) ) |

## ORDER

On February 7, 2020, United States Magistrate Judge John F. Anderson entered Proposed Findings of Fact and Recommendations (the "Report") in this case, recommending that default judgment be entered against Defendant Data Marketers, Inc. doing business as Logichannel.

Upon consideration of the record and Judge Anderson's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 15).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 11) is **GRANTED**.

It is further **ORDERED** that default judgment is entered against Defendant Data

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

1

Marketers, Inc. doing business as Logichannel and in favor of Plaintiff Packaging Machinery Manufacturers Institute, Inc. on Counts I and II of the Complaint in the amount of $13,500 in damages as well as $ 18,067 in attorney's fees and $ 558.25 in costs.

It is further **ORDERED** that Defendant Data Marketers, Inc., including its officers, agents, servants, employees, and other persons acting on its behalf, is **PERMANENTLY ENJOINED** from advertising, offering, or selling any goods or services or infringing plaintiff's Expo-related marks, including: (i) PACK EXPO LAS VEGAS; (ii) PACK EXPO; and (iii) the logo design for PACK EXPO.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendant William H. Hatchell and in favor of Plaintiff United States Internal Revenue Service on Counts I and II in the amount of $32,125, which consists of (i) $13,500 in damages; (ii) $18,067 in attorney's fees; and (iii) $558.25 in costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, Virginia
February 24, 2020

---
T. S. Ellis, III
United States District Judge